Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

*5/20/05*

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROY RODRIGUEZ,<br><br>Defendant. | Case No.: CV-04-3407 HRL<br><br>Hon. Howard R. Lloyd<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ROY RODRIGUEZ AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant ROY RODRIGUEZ, through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant ROY RODRIGUEZ. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until December 2005. If the Defendant does not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties therefore have consented,

1  and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court
2  and to reference to a Magistrate Judge in this District for the purpose of enforcing the payment
3  terms of the Agreement, including entering a Judgment against Defendant pursuant to the
4  Stipulation. The parties therefore respectfully request that the Court retain such jurisdiction.

5  DATED: May 13, 2005                Respectfully Submitted,

6                                      BUCHALTER, NEMER, FIELDS & YOUNGER
                                       A Professional Corporation
7

8

9                                      By:_____/s/ Sandeep J. Shah_____
                                              Sandeep J. Shah
10                                            Attorneys for Plaintiff DIRECTV, Inc.

11 DATED: May ____, 2005              PARR LAW GROUP

12

13

14                                     By:_____/s/ Shawn R. Parr_____
                                              Shawn R. Parr
15                                            Attorneys for Defendant ROY RODRIGUEZ

---

BNFY 550602v1                          -2-                          (CV-04-3407 HRL)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ROY RODRIGUEZ AND REQUEST
TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

# ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant ROY RODRIGUEZ and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant ROY RODRIGUEZ is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant ROY RODRIGUEZ to enforce the terms described above of the Settlement Agreement between those parties dated May 5, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District

(4) The entire action is dismissed without prejudice.

Dated: 5/20/05

                                            /s/ Howard R. Lloyd
                                           Honorable Howard R. Lloyd
                                           Judge of the United States District Court
                                           Northern District of California